February 2, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-11-00853-CV                    V.

KIJU JOH, Appellee

_____

This cause, an interlocutory appeal from the denial of THE CITY OF HOUSTON'S plea to the jurisdiction, signed September 26, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, THE CITY OF HOUSTON, to pay all costs incurred in this appeal. We further order this decision certified below for observance.